IN THE UNITED STATES DISTRICT Court
For the western District of Texas
San Antonio Division

**FILED**
APR 08 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Laven
  v
Director

} 5 20 cv 1320 FB

Motion to Dismiss without Prejudice
_____

To the Honorable court:

Comes now plaintiff and requests leave to Dismiss case without prejudice!

As this court knows I've been trying to ARBI-trate this case since the Beginning. Though, the plaintiff still has not Exhausted Several outstanding Grievances dealing with Retaliatory issues in this case they have given me cause to Believe they are Righting the situation as I've Requested. Please Dismiss.

Respectfully Submitted
David Laven 1069082
9601 Spur 591  Amarillo tx 79107

a copy of this has Been Sent to the
Tx. AG's ofc.
POB 12548
Austin tx 78711

on April 1 2021

[signature]